Case No.  **CV 16-9047-JFW (KSx)**          Date: September 7, 2017

Title:  Alexander S. Soliman, et al. -v- Bank of America Corporation

---

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**
    None                                                             None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDER**

      Pursuant to the Court's Scheduling and Case Management Order ("CMO") filed on January 12, 2017, the parties were ordered to file a Pre-Trial Conference Order; Motions in Limine; Memo of Contentions of Fact and Law; Pre-Trial Exhibit Stipulation; Summary of Witness Testimony and Time Estimates; Status Report re: Settlement; Agreed Upon Set of Jury Instructions and Verdict Forms; and Joint Statement re: Disputed Instructions, Verdicts, etc. ("Pre-Trial Documents") by September 5, 2017. The parties have violated the Court's Order by failing to file any Pre-Trial Documents.

      As a result of the parties' violation of the Court's Order, this action is **DISMISSED without prejudice**. *See* Federal Rule of Civil Procedure 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-988 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992). The Pretrial Conference scheduled for September 15, 2017, and the Trial scheduled for September 26, 2017 are hereby **VACATED**.

      IT IS SO ORDERED.